UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JAN 0 9 2007
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MURSHID AL-NAKIB,

        Defendant.
_____/

CASE NO. 07-30015

HON. STEVEN R. WHALEN

## MOTION TO UNSEAL COMPLAINT AND WARRANT

The United States of America moves the court to unseal the above-entitled complaint and arrest warrant for the reason that the defendant has either been arrested or has likely become aware of the complaint and warrant.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

*/s/ Stephen T. Robinson*

STEPHEN T. ROBINSON (P 28030)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9670/ (313) 226-3413 (fax)

Dated: January 9, 2007

## ORDER UNSEALING COMPLAINT AND WARRANT

**IT IS ORDERED** that the motion is granted and that the complaint and arrest warrant are unsealed.

*/s/*

STEVEN R. WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2007